ACCEPTED
03-14-00718-CV
4682549
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 8:35:57 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00718-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 8:35:57 PM
JEFFREY D. KYLE
Clerk

Citizens against the Landfill in Hempstead; Michael McCall, Wayne Knox; and the City of Hempstead,

Appellants,

v.

Texas Commission on Environmental Quality and Pintail Landfill, LLC.,

Appellees.

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6, the undersigned counsel hereby files this Notice of Appearance as counsel on behalf of Appellee Pintail Landfill, LLC:

> Michael S. Truesdale
> State Bar No. 00791825
> LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
> 801 West Avenue, Suite 201
> Austin, TX 78701
> 512-482-8671
> 866-847-8719 (fax)
> mike@truesdalelaw.com

Brent W. Ryan, lead counsel in the trial court, will remain as lead counsel on appeal.

Respectfully submitted,

/s/ Brent W. Ryan
Brent W. Ryan
State Bar No. 17469475
MᴄEʟʀᴏʏ, Sᴜʟʟɪᴠᴀɴ, Mɪʟʟᴇʀ, Wᴇʙᴇʀ & Oʟᴍsᴛᴇᴀᴅ, L.L.P.
P.O. Box 12127
Austin, TX 78711
512-327-8111
512-327-6566 (fax)
bryan@msmtx.com
**Attorney for Appellee Pintail Landfill, LLC**

**CERTIFICATE OF SERVICE**

On March 27, 2015, the undersigned certifies that he served a copy of this Brief of Appellants on the following in the manner listed below, in compliance with Texas Rules of Appellate Procedure 9, via electronic service:

V. Blaire Peña
Terry L. Scarborough
Michael L. Woodward
Hance Scarborough, LLP
400 West 15th Street, Suite 9500
Austin, TX 78701
**Attorneys for Citizens Against the Landfill in Hempstead**

Monica M. Jacobs
Diana L. Nichols
Shana L. Horton
Kelly Hart & Hallman LLP
301 Congress Avenue, Suite 2000
Austin, Texas 78701
**Attorneys for City of Hempstead**

Ken Paxton, Attorney General of Texas
Charles E. Roy, First Assistant Attorney General
James E. Davis, Deputy Attorney General for Civil Litigation
Jon Nierman, Chief Environmental Protection Division
Nancy Olinger, Assistant Attorney General
Cynthia Woelk, Assistant Attorney General
Daniel C.Wiseman, Assistant Attorney General
P.O. Box 12548, Capitol Station (MC-066)
Austin, TX 78711-2548
**Attorneys for the Texas Commission on Environmental Quality**

/s/ Brent W. Ryan
Brent W. Ryan